# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>JOSE A. MALDONADO,<br>*Defendant* | Case No. 23-MJ-597-MJP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about July 30, 2023, in the County of Monroe, in the Western District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in possession of a firearm |

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
INV. JOSEPH BRIGANTI, Bureau of Alcohol, Firearms and Explosives/Rochester Police Dept.

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: August 2, 2023

City and State: Rochester, New York

_____
MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                                    23-MJ-597

-v-

JOSE A. MALDONADO,

                Defendant.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

State of New York  )
County of Monroe  ) ss:
City of Rochester  )

I, Joseph Briganti, affirm to the following facts:

1.  Your affiant is a Police Investigator with the Rochester Police Department and currently assigned as a Task force officer (TFO) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the New York Field Division, Rochester Field Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is an officer of the United States who is empowered to conduct investigations of, and to make arrests for, offenses enumerated in Title 21, United States Code, Section 801, et seq. and Title 18, United States Code, Section 2516(1).

2.  I have been employed as a Police Investigator since 2011. Prior to being employed as a Police Investigator, I was employed as a Police Officer beginning in 1995 for both the City of Rochester, New York Police Department (RPD) and the Niagara Falls, New

York Police. My duties as a Police Investigator include investigating violations of state and federal firearms laws such as individuals engaged in illegal firearm trafficking, unlawful possession of firearms, the possession of firearms during the commission of drug trafficking crimes, and other crimes of violence. Additionally, I have been assigned to the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), as a designated Task Force Officer. During my tenure with RPD and ATF, I have participated in numerous investigations involving armed individuals who were in violation of federal narcotics laws, including Title 21, United States Code, Section 846, and federal firearms laws including Title 18, United States Code, Sections 922 and 924.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted in support of a criminal complaint against JOSE A. MALDONADO (hereinafter "MALDONADO") for violating Title 18, United States Code, Section 922(g)(1) (Felon in Possession of Firearm and/or Ammunition).

4. The assertions made herein are based upon my personal knowledge as well as information I have received from this investigation, including the review of various police reports produced in relation to the arrest of the defendant and discussions with other law enforcement agents and officers. Further, I have had discussions with law enforcement officers involved in this investigation who have confirmed the accuracy of the information contained within this affidavit. Since this affidavit is being submitted a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth sufficient facts to demonstrate that probable cause exists to believe that the

defendant committed the above-mentioned offense. In support thereof, I respectfully state the following:

## PROBABLE CAUSE

5. On July 30, 2023 at approximately 3:15 P.M., officers responded to the area of Remington Street and Dale Street for a report of a Hispanic male wearing a blue sweatshirt, jeans, and glasses, with a firearm in his back pocket. The caller stated that they observed the male walking around the area of Dale Street and Remington Street, city of Rochester, western Judicial District of New York.

6. When officers arrived, they observed a male, later identified as MALDONADO, that matched the caller's description pacing back and forth, in a vacant lot on the Southeast corner of Remington Street and Dale Street. As officers approached MALDONADO he turned away from the officers and began walking away. Officers approached MALDONADO and observed a handgun protruding from MALDONADO'S left front pants pocket. MALDONADO began to fight with officers as they attempted to take him into custody. After taking MALDONADO into custody officers removed the firearm from MALDONADO'S pocket. Upon further examination of the firearm officer determined that it was a Heckler and Koch, Model VP9, 9mm, semi-automatic handgun bearing serial number 224-149477. The firearm was loaded with nine (9) rounds of ammunition in the magazine. The firearm was previously reported stolen out of Glennville, New York.

7. Officers transported MALDONADO to the east side patrol office where he was placed in an interview room. Officers read MALDONADO his Miranda rights at which time

he stated that he understood his rights and agreed to waive his right to an attorney and speak with officers. MALDONADO told officers that approximately five minutes prior to them arriving a male that MALDONADO knows as "Pinky" gave him the gun and asked him to hold it for him.

8.     I have reviewed MALDONADO'S criminal history which shows several prior felony convictions. On or about December 8, 2014, MALDONADO was convicted in United States District Court, Western District of New York of conspiracy to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, and was sentenced to seventy-two (72) months in prison. On January 23, 2008, MALDONADO was convicted in Monroe County Court of Attempted Criminal Possession of a Controlled Substance in the Third Degree, a class C felony, and sentenced to two (2) years imprisonment. Additionally, on November 16, 2005, MALDONADO was convicted in Monroe County Court of Criminal Possession of a Controlled Substance in the Fifth Degree, a class D felony, and sentenced to eighteen (18) months imprisonment.

9.     As part of this investigation, I further learned that the Heckler and Koch, model VP9, 9mm, semi-automatic firearm, serial number 224-149477 described previously as being possessed by MALDONADO and recovered by police on July 30, 2023, was not manufactured in the State of New York. Therefore, the firearm would have traveled in and affected interstate commerce in order to be possessed in Rochester, New York in July of 2023.

## CONCLUSION

10.	Based on the above information, I submit there is probable cause to believe that on or about July 30, 2023, in the City of Rochester, County of Monroe, New York, Western Judicial District of New York, Jose a. MALDONADO violated Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm).

_____
Joseph Briganti
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on this 2nd day of August 2023.

_____
HON. MARK W. PEDERSEN
United States Magistrate Judge